[No. 69327-1-I.   Division One.   September 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM BOL AKOL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08075-3, Monica J. Benton, J., entered September 17, 2012. *Affirmed* by unpublished per curiam opinion.

[No. 70261-1-I.   Division One.   September 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL BATEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05617-6, Jean A. Rietschel, J., entered April 12, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[No. 70436-2-I.   Division One.   September 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW BRANCH, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04624-3, Beth M. Andrus, J., entered April 16, 2013. *Dismissed* by unpublished per curiam opinion.

[No. 70439-7-I.   Division One.   September 2, 2014.]

DANIEL MOORE, *Respondent*, v. PAMELA MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-3-05644-2, Dean Scott Lum, J., entered June 6, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Lau and Trickey, JJ.